# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON, | 1:08-cv-00305-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING DEFENDANTS WELCH, HUERRA, AND BIEVLVE FROM THIS ACTION BASED ON PLAINTIFF'S FAILURE TO PROVIDE INFORMATION SUFFICIENT TO EFFECT SERVICE |
| v. | |
| WELCH, et al., | |
| Defendants. | |

Jarrod Gordon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 3, 2008. (Doc. 1.)  This case now proceeds on the original Complaint, against defendants C/O Welch, C/O Person, C/O Huerra, C/O Gorey, C/O Bievlve, and C/O Smallie, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  Id.

On September 14, 2010, the Court issued an order for Plaintiff to show cause within thirty days why defendants Welch, Huerra, and Bievlve should not be dismissed based on Plaintiff's failure to provide information sufficient to effect service.  (Doc. 29.)  The thirty day time period has expired, and Plaintiff has not responded to the Court's order to show cause. Plaintiff was forewarned in the order to show cause that his failure to show cause would result in the dismissal of defendants Welch, Huerra, and Bievlve from this action.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Defendants C/O Welch, C/O Huerra, and C/O Bievlve are dismissed from this action, based on Plaintiff's failure to provide information sufficient to effect service;

2. This action now proceeds only against defendants C/O Person, C/O Gorey, and C/O Smallie, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment; and

3. The Clerk is directed to reflect the dismissal of defendants Welch, Huerra, and Bievlve from this action on the court's docket.

IT IS SO ORDERED.

Dated:     November 4, 2010                     /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE